ARNOLD E. PETERSON, Respondent, *v.* MISSOURI, KANSAS
     AND TEXAS RAILWAY COMPANY, Appellant.

HARRY H. KUTNER, Respondent, *v.* MISSOURI, KANSAS
     AND TEXAS RAILWAY COMPANY, Appellant.

*Peterson* v. *Missouri, K. & T. Ry. Co.*, 175 App. Div. 931, affirmed.
*Kutner* v. *Missouri, K. & T. Ry. Co.*, 175 App. Div. 931, affirmed.
(Submitted January 24, 1919; decided February 7, 1919.)

APPEAL, in each of the above-entitled actions, from a
judgment of the Appellate Division of the Supreme
Court in the first judicial department, entered November
21, 1916, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court.   The
complaints contained ten causes of action, each founded
upon the allegation that the plaintiff was the owner and
holder of a certain promissory note in writing made by
the defendant on or about the 1st of May, 1913, wherein
and whereby the defendant promised to pay to bearer the
sum of $1,000 with interest thereon at five per cent per
annum on the 1st day of May, 1915, the amount whereof
had not been paid.   The answer denied that the defend-

ant made such a contract and as a separate defense alleged that in each of the notes referred to the promise to pay to bearer was not independent but was to be performed expressly under and upon the terms and conditions set forth in a certain trust agreement, which, with the notes therein referred to, formed one instrument and that in each of said notes it was provided on the face thereof that the principal amount provided to be paid should become due in the event that a default as defined in the trust agreement should happen and then should become due and payable in the manner and with the effect therein provided.

*M. E. Harby* for appellant.

*James Garfield Moses* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.